UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR300-C |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| QUOC THANH DOAN | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 29th day of August, 2005.

ROBERT J. CONRAD, JR.
UNITED STATES DISTRICT JUDGE